# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00792-CV

### Z. B., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-FM-19-005781, THE HONORABLE AURORA MARTINEZ-JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Z.B. appeals from the trial court's final decree terminating her parental rights to her child.[1] *See* Tex. Fam. Code § 161.001.  Following a bench trial, the trial court found by clear and convincing evidence that statutory grounds for terminating her parental rights existed and that termination was in the child's best interest.  *See id.* § 161.001(b)(1)(N), (O), (2).

On appeal, appellant's court-appointed attorney has filed a brief concluding that the appeal is frivolous and without merit.  *See Anders v. California*, 386 U.S. 738, 744 (1967); *Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646–47 (Tex. App.— Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental

---

[1] We refer to appellant by her initials only.  *See* Tex. Fam. Code § 109.002(d); Tex. R. App. P. 9.8.  In this Court's cause number 03-19-00713-CV, appellant appeals from the termination of her parental rights to her other children.

rights).  The brief meets the requirements of *Anders* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced on appeal.  *See* 386 U.S. at 744; *Taylor*, 160 S.W.3d at 646–47.  Appellant's counsel has certified to this Court that he provided appellant with a copy of the *Anders* brief and informed her of her right to examine the appellate record and to file a pro se brief.  To date, appellant has not filed a pro se brief.  The Department of Family and Protective Services has filed a waiver of right to file a response to the *Anders* briefs.

Upon receiving an *Anders* brief, we must conduct a full examination of the proceedings to determine whether the appeal is wholly frivolous.  *Penson v. Ohio*, 488 U.S. 75, 80 (1988).  We have reviewed the entire record, including the *Anders* brief submitted on appellant's behalf, and have found nothing that would arguably support an appeal.  We agree that the appeal is frivolous and without merit.  Accordingly, we affirm the trial court's final decree terminating appellant's parental rights.[2]

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly

Affirmed

Filed:  January 30, 2020

_____

[2]  As he acknowledges in the brief, counsel's obligation to his client has not yet been discharged.  *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (per curiam).  If appellant, after consulting with counsel, desires to file a petition for review, counsel should timely file with the Texas Supreme Court "a petition for review that satisfies the standards for an *Anders* brief."  *See id.* at 27–28.